UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**\* AMENDED \* CIVIL MINUTES - GENERAL**

| Case No. | CV12-5748-CAS(VBKx) | Date | December 17, 2012 |
|---|---|---|---|
| Title | *NATIONAL PHOTO GROUP, LLC v. SPANISH BROADCASTING SYSTEM, INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Alison Kwan | William Pallares | |

**Proceedings:**   SCHEDULING CONFERENCE

Hearing held and counsel are present.   The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: <u>March 1, 2013</u>;
Factual Discovery Cut-off: <u>June 3, 2013</u>;
Settlement Completion Cut-off: <u>April 4, 2013</u>;
Last Day to File Motions: <u>October 1, 2013</u>;
Exchange of Expert Reports Cut-off: <u>June 17, 2013</u>;
Exchange of Rebuttal Reports Cut-off: <u>July 15, 2013</u>;
Expert Discovery Cut-off: <u>August 30, 2013</u>;
Status Conference re: Settlement **(11:00 A.M.): \*May 13, 2013**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): January 6, 2014;** and
Jury Trial **(9:30 A.M.): January 21, 2014.**

Counsel informs the Court of the parties' preference to go before the Magistrate Judge assigned for settlement purposes.  The Court advises counsel to check with the Magistrate Judge assigned regarding his availability to preside over the above-referenced action for settlement purposes.

|  | 00 | : | 06 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |

cc:    ADR