UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**\*AMENDED \* CIVIL MINUTES - GENERAL**

| Case No. | CV 12-5748-CAS (Ex) | Date | February 25, 2013 |
|---|---|---|---|
| Title | NATIONAL PHOTO GROUP v. SPANISH BROADCASTING SYSTEM, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| MONICA SALCIDO | ANNE KIELWASSER | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Virginia Sanderson | William Pallares |

**Proceedings:**    **DEFENDANT'S MOTION TO DISMISS** (Dkt. No. 23, filed January 18, 2013)

On July 3, 2012, plaintiff National Photo Group LLC filed suit against defendant Spanish Broadcasting System, Inc. Dkt. No. 1. Plaintiff alleges that defendant infringed plaintiff's copyrights by posting two photographs on defendant's website, lamega.com, without permission or a license from plaintiff. On January 18, 2013, defendant filed a motion to dismiss this case for lack of personal jurisdiction and improper venue. Dkt. No. 23. On February 4, 2013, plaintiff filed its opposition and supporting evidence against defendant's motion. Dkt. No. 24. On February 11, 2013, defendant filed its reply to plaintiff's opposition. Dkt. No. 26. The Court held a hearing on February 25, 2013, at which the Court issued a tentative order concluding that the Court lacked personal jurisdiction over defendant.

After considering the parties' arguments at the hearing, the Court concludes as follows. The Court takes defendant's motion under submission, and GRANTS plaintiff sixty days (60) in which to conduct discovery, limited to the issues of general and specific personal jurisdiction. After this sixty-day period, plaintiff may submit a brief no more than ten (10) pages in length addressing any newly-discovered jurisdictional evidence on or before May 6, 2013. Defendant may file a response no more than ten (10) pages in length on or before May 13, 2013. The Court will then either issue its ruling based on the briefing or set a further hearing.

IT IS SO ORDERED.

|  | 00 | : | 13 |
|---|---|---|---|
| Initials of Preparer | MS | | |