**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>**SPANISH BROADCASTING SYSTEM, INC.**, a Florida corporation; and **DOES 1-10**, inclusive,<br><br>        Defendants. | Case No. 2:12-cv-05748-CAS-VBK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1     IT IS HEREBY STIPULATED between Plaintiff National Photo Group, LLC ("Plaintiff") and Defendant Spanish Broadcasting System, Inc. ("Defendant") (collectively, the "Parties"), that the above-captioned action and all claims therein are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and cost.

Respectfully Submitted,

DATED: April 25, 2013     **KRONENBERGER ROSENFELD, LLP**

By:   s/ Alison B. Kwan
       Alison B. Kwan

Attorneys for Plaintiff

DATED: April 25, 2013     **LEWIS BRISBOIS BISGARD & SMITH LLP**

By:   s/ William E. Pallares
       William E. Pallares

Attorneys for Defendant

## ATTESTATION OF CONCURRENCE IN FILING

    Pursuant to the Local Rule 5-4.3.4, for The United States District Court for the Central District of California, I, Alison B. Kwan, hereby attest that the concurrence to the filing of this Stipulation for Dismissal with Prejudice has been obtained from William E. Pallares, who has provided the conformed signature above.

    s/ Alison B. Kwan
    Alison B. Kwan

Case No. 2:12-cv-05748-CAS-VBK     1     **STIPULATION FOR DISMISSAL WITH PREJUDICE**

4818-8667-8290.1