JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**SPANISH BROADCASTING SYSTEM, INC.**, a Florida corporation; and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:12-cv-05748-CAS-VBK<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

1   Before the Court is Plaintiff National Photo Group, LLC and Defendant
2   Spanish Broadcasting System, Inc. (collectively, the "Parties")'s Stipulation
3   for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure
4   41(a)(1)(A)(ii).

5   IT IS HEREBY ORDERED that the above-captioned action and all
6   claims therein are hereby dismissed with prejudice pursuant to Federal Rule
7   of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys'
8   fees and costs.

**IT IS SO ORDERED.**

DATED: April 29, 2013

_____
The Hon. Christina A. Snyder
UNITED STATES DISTRICT JUDGE



Case No. 2:12-cv-05748-CAS-VBK     1     [PROP] ORDER GRANTING DISMISSAL WITH PREJUDICE

4818-8667-8290.1